

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00146-CV

**IN THE INTEREST OF T.R.Z.**, J.M.A., H.A.A., and I.A.

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-03206
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED and Appellant's attorney's motion to withdraw is GRANTED. No costs shall be assessed against Appellant in relation to this appeal because he qualifies as indigent under Rule 20.1. *See* TEX. R. APP. P. 20.1.

SIGNED August 28, 2013.

_____
Patricia O. Alvarez, Justice